UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, |  |
|---|---|
| Plaintiff(s), | 23-CR-663 (DEH) |
| v. |  |
| ALDO RABAGO BAUTISTA, | ORDER |
| Defendant(s). |  |

DALE E. HO, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing previously scheduled for March 29, 2024, is ADJOURNED for **May 14, 2024**, at **10:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: March 19, 2024
       New York, New York

DALE E. HO
United States District Judge