UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALDO RABAGO BAUTISTA,<br>                        Defendant. | 23-CR-663 (DEH)<br><br>REVISED SCHEDULING ORDER |

DALE E. HO, United States District Judge:

The Court received a letter from the Defendant dated April 29, 2024, requesting a continuance of the sentencing hearing scheduled for May 14, 2024. The Government consents to an adjournment of the sentencing. *See* ECF No. 28.

IT IS HEREBY ORDERED that the sentencing previously scheduled for May 14, 2024, is ADJOURNED for June 21, 2024, at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: May 3, 2024
       New York, New York

                                                          DALE E. HO
                                                   United States District Judge