UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ALDO RABAGO BAUTISTA,<br><br>      Defendant(s). | 23-CR-663 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  IT IS HEREBY ORDERED that the sentencing previously scheduled for June 21, 2024, at 10:00 a.m. is ADJOURNED to **June 21, 2024**, at **11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

  SO ORDERED.

Dated: June 14, 2024
   New York, New York

                          DALE E. HO
                     United States District Judge